1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTONIO GUYTON,                            No.  2:24-cv-00922 KJM AC PS

12              Plaintiff,

13         v.                                     ORDER

14    CITY OF STOCKTON, et al.,

15              Defendants.

16

17         Plaintiff is proceeding in this action pro se, and the action was accordingly referred to the

18    undersigned for pretrial proceedings by E.D. Cal. R. ("Local Rule") 302(c)(21).  Plaintiff

19    requested authority pursuant to 28 U.S.C. § 1915 to proceed in forma pauperis ("IFP") and

20    submitted the required affidavit; that motion was granted.   ECF No. 3.  Plaintiff's initial

21    complaint was rejected with leave to amend pursuant to the screening process accompanying IFP

22    status.  Id.  Now before the court for screening is plaintiff's First Amended Complaint.  ECF No.

23    4.

24                                    I.  SCREENING

25         The federal IFP statute requires federal courts to dismiss a case if the action is legally

26    "frivolous or malicious," fails to state a claim upon which relief may be granted or seeks

27    monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915(e)(2).  The

28    court finds that, for screening purposes only, plaintiff's claims are sufficiently cognizable.

1

## II.  CONCLUSION

For the reasons stated above, IT IS HEREBY ORDERED that:

2.  Service of the Complaint (ECF No. 4) is appropriate for the following defendants:

- o   City of Stockton

- o   Stockton Police Department

- o   Vincent Magana

- o   Courtlyn Chappell

3.  The Clerk of the Court is directed to issue forthwith, and the U.S. Marshal is directed to serve within ninety days of the date of this order, all process pursuant to Federal Rule of Civil Procedure 4, without prepayment of costs.

4.  The Clerk of the Court shall send plaintiff the above: one USM-285, one summons, a copy of the complaint, and an appropriate form for consent to trial by a magistrate judge.

5.  Plaintiff is directed to supply the U.S. Marshal, within 15 days from the date this order is filed, all information needed by the Marshal to effect service of process, and shall promptly file a statement with the court that said documents have been submitted to the United States Marshal. The court anticipates that, to effect service, the U.S. Marshal will require, for each defendant in ¶ 2, above, at least:

a.  One completed summons;

b.  One completed USM-285 form;

c.  One copy of the endorsed filed complaint, with an extra copy for the U.S. Marshal;

d.  One copy of the instant order; and

e.  An appropriate form for consent to trial by a magistrate judge.

6.  In the event the U.S. Marshal is unable, for any reason whatsoever, to effect service on any defendant within 90 days from the date of this order, the Marshal is directed to report that fact, and the reasons for it, to the undersigned.

7.  The Clerk of the Court is directed to serve a copy of this order on the U.S. Marshal, 501 "I" Street, Sacramento, Ca., 95814, Tel. No. (916) 930-2030.

1      8. Failure to comply with this order may result in a recommendation that this action be

2  dismissed.

3      IT IS SO ORDERED.

4  DATED:  July 9, 2024.

5

6  _____

7  ALLISON CLAIRE
   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    ANTONIO GUYTON,                          No.  2:24-cv-00922 KJM AC PS

12              Plaintiff,

13         v.                                   NOTICE OF SUBMISSION

14    CITY OF STOCKTON, STOCKTON
      POLICE DEPARTMENT, VINCENT
15    MAGANA, COURTLYN CHAPPELL

16              Defendants.

17

18         Plaintiff has submitted the following documents to the U.S. Marshal, in compliance with

19    the court's order filed _____:

20         ____    completed summons form

21         ____    completed USM-285 form

22         ____    copy of the complaint

23         ____    completed form to consent or decline to consent to magistrate judge jurisdiction

24

25    _____          _____
      Date:                                   Plaintiff's Signature

26

27

28

                                               1