UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO GUYTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF STOCKTON, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-0922 DC AC PS<br><br><br>ORDER |

Plaintiff is proceeding in this action in pro se. The action was accordingly referred to the undersigned for pretrial matters by E.D. Cal. R. ("Local Rule") 302(c)(21). On November 13, 2025, plaintiff filed a "motion for revocation of consent" requesting that a district judge be assigned to this case. ECF No. 30. A United States District Judge, Hon. Dena M. Coggins, has already been assigned to this case. Indeed, Judge Coggins has already issued rulings. See, e.g., ECF No. 25. Accordingly, because District Judge Coggins is already assigned, plaintiff's motion to revoke consent and assign a district judge to this case (ECF No. 30) is DENIED as MOOT.

　　　　IT IS SO ORDERED.

DATED: December 18, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE